**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

United States District Court
Southern District of Texas
**ENTERED**
May 19, 2017
David J. Bradley, Clerk

UNITED STATES OF AMERICA
          Plaintiff

v.

Jose Luis Rivera
*TN: RAFAEL ANTONIO PEGUERO SOTO*
          Defendant

Case No.: 5:17–po–01851
Magistrate Judge Guillermo R Garcia

## JUDGMENT

On **May 19, 2017**, the above named defendant appeared in person and with counsel.

Whereupon the defendant entered a plea of guilty to the offense of entering the United States illegally at a place other than as designated by the immigration officers, in violation of 8 U.S.C. 1325(a)(1), as charged in the Criminal Complaint; and the Court having asked the defendant whether he/she had anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court;

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

The defendant is hereby sentenced to 50 days confinement.

A $10.00 cost assessment is imposed.

DONE at Laredo, Texas, on **May 19, 2017**.

_____
Guillermo R. Garcia
United States Magistrate Judge